

CT Corporation
Service of Process Notification
08/07/2024
CT Log Number 547049464

## Service of Process Transmittal Summary

**TO:** Legal Sop
Lyft, Inc.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** Process Served in North Dakota

**FOR:** Lyft, Inc.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ // To: Lyft, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand for Jury Trial |
| **COURT/AGENCY:** | Burleigh County District Court, South Central Judicial Division, ND<br>Case # None Specified |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 08/29/2018 |
| **PROCESS SERVED ON:** | C T Corporation System, Bismarck, ND |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/07/2024 at 12:22 |
| **JURISDICTION SERVED:** | North Dakota |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after the service of this Summons upon you, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Jeffrey S. Weikum<br>Weikum Law, PLLC<br>2000 Schafer Street, Suite C<br>Bismarck, ND 58501<br>701-354-0124 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/08/2024, Expected Purge Date: 08/13/2024<br><br>Image SOP<br><br>Email Notification,  John Pellegrini  jpellegrini@lyft.com<br><br>Email Notification,  Christopher Youngblood  cyoungblood@lyft.com<br><br>Email Notification,  Eboni James  ebonijames@lyft.com<br><br>Email Notification,  Ty Lim  tlim@lyft.com<br><br>Email Notification,  Devin Armstrong  devina@lyft.com<br><br>Email Notification,  Legal Sop  legal-sop@lyft.com<br><br>Email Notification,  Zermani Kadiam  zkadiam@lyft.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>120 W Sweet Ave. |

EXHIBIT A



**CT Corporation**
**Service of Process Notification**
08/07/2024
CT Log Number 547049464

Bismarck, ND 58504
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Aug 7, 2024
**Server Name:** Drop Service

| Entity Served | Lyft. Inc. (dba Lyft Drives North Dakota, Inc.) |
|---|---|
| Case Number | NA |
| Jurisdiction | ND |

| Inserts | |
|---|---|
| | |



STATE OF NORTH DAKOTA          IN DISTRICT COURT

COUNTY OF BURLEIGH          SOUTH CENTRAL JUDICIAL DISTRICT

| ██████████, | CIVIL NO. |
|---|---|
| Plaintiff, | |
| v. | |
| Lyft, Inc. (d/b/a Lyft Drives North Dakota, Inc.) | |
| Defendant. | |

## Summons

¶1    You are hereby summoned and required to appear and defend against the Complaint in this action, which is herewith served upon you, by serving upon the undersigned an answer or other proper response within twenty-one (21) days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**(Remainder of page intentionally left blank.)**


Dated this 6th day of August 2024.

    WEIKUM INJURY LAW
    Weikum Law, PLLC
    2000 Schafer Street, Suite C
    Bismarck, ND 58501
    701.354.0124
    Correspondence: *jeff@weikuminjurylaw.com*
    Service: *service@weikuminjurylaw.com*

By: /s/ Jeffrey S. Weikum
      Jeffrey S. Weikum
      ND Lic. No. 05344

ATTORNEY FOR PLAINTIFF

| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
|---|---|
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

| | |
|---|---|
| ███████, <br><br> Plaintiff, <br><br> v. <br><br> Lyft, Inc. (d/b/a Lyft Drives North Dakota, Inc.) <br><br> Defendant. | CASE NO. |

## Complaint

¶1   Plaintiff, by her attorney of record, for her causes of action against the above-named defendant, states and alleges as follows:

### Parties

¶2   Plaintiff ███████ (hereinafter "███████") is currently a resident of the City of Bismarck, State of North Dakota.

¶3   Defendant, Lyft, Inc. (dba Lyft Drives North Dakota Inc.) hereinafter ("Lyft") is a Delaware corporation doing business in the State of California, with its principal place of business in the City of San Francisco, County of San Francisco, State of California, and doing business, engaging in business, and transacting business in the State of North Dakota. Defendant Additionally, Lyft is registered with the North Dakota Secretary of State and engaged in providing a ride sharing business to the public.

## JURISDICTION

¶4   This Court has jurisdiction over this cause of action as all of the events giving rise to it arose in this jurisdiction. Plaintiff brings suit under the laws and statutes of the State of North Dakota to recover for the serious personal injuries sustained resulting from the defendants' actions or inactions.

## Venue

¶5   Venue is proper in this Court pursuant to North Dakota Century Code § 28-04-04 and § 28-04-05 because upon information and belief the actions that form the factual background of the suit were committed within the jurisdictional boundaries of Burleigh County, near the City of Bismark, and in the State of North Dakota.

## Factual Background

¶6   On or about August 29, 2018, ▇▇▇▇▇ via a Lyft ride sharing app secured the services of Lyft to provide ride sharing transportation. Via the Lyft ride sharing app Lyft dispatched a Lyft driver to provide ride sharing transportation. During the transportation the Lyft driver sexually and physically assaulted ▇▇▇▇▇ causing serious injuries.

¶7   ▇▇▇▇▇ sustained multiple severe injuries including but not limited to physical injuries related to the sexual assault and emotional injuries directly related to the occurrence.

## Causes of Action
### Negligence & Respondeat Superior:

¶8   ▇▇▇▇▇ repeats and incorporates by reference all other paragraphs of this complaint as if fully set forth herein.

¶9   The actions and inactions of the defendant resulted from the negligence of defendant pursuant to the theories of negligence and respondeat superior. Defendant was negligent and breached its duty to ▮ at the above time and place in at least the following respects:

   A. Failing to use reasonable care to inspect and maintain a safe ride sharing transport for ▮.
   B. Failing to use reasonable care to ensure that the ride share, and employees were safe;
   C. Failing to adequately warn ▮ of the dangerous conditions present at the ride share.
   D. Failing to exercise its executive role in ensuring that safety procedures and policies were followed during the ride share.
   E. Failing to inspect and monitor the background and the work of its employees to ensure that proper safety policies and procedures were followed, and that the public was safe.
   F. Failing to ensure against the sexual assault and injuries ▮.
   G. Failing to implement appropriate safety procedures in the operation of the ride share; and
   H. Failing to follow appropriate safety precautions safe transportation of the public including ▮.

¶10   As a direct and proximate consequence of the negligence and respondent superior liability of defendant and its driver, ▮ suffered permanent physical and emotional damages in an amount to be monetized at trial.

### Damages

¶11   ▮ repeats and incorporates by reference all other paragraphs of this complaint as if fully set forth herein.

¶12   As a direct and proximate result of defendant's negligent, and grossly negligent acts and/or omissions described above, ▮ suffered substantial injuries and damages for

which they seek recovery in an amount that the jury determines to be fair and reasonable, including the following damages:

- A. **Past & Future Medical Expenses:** Plaintiff ███████ incurred bodily injuries, which were caused by the incident in question and will, in reasonable probability, continue to incur reasonable and necessary medical expenses in the future.
- B. **Past & Future Physical Pain:** Plaintiff ███████ suffered physical pain in the past and, in reasonable probability, will continue to sustain physical pain in the future.
- C. **Past & Future Mental Anguish:** Plaintiff ███████ has endured mental anguish in the past and will, in reasonable probability, endure mental anguish in the future.
- D. **Past & Future Loss of Earning/Earning Capacity:** Plaintiff ███████ has suffered a loss of earning and/or sustained a loss of earning capacity in the past and will, in reasonable probability, sustain the same in the future.
- E. **Past & Future Physical Impairment:** Plaintiff ███████ sustained physical impairment in the past and will continue, in reasonable probability, to sustain physical impairment in the future.

¶13   All conditions precedent to plaintiff's right to recover the relief sought herein have occurred or have been performed.

¶14   WHEREFORE, the Plaintiff, demands judgment against the defendant, in a reasonable sum in excess of Fifty Thousand ($50,000.00) Dollars, together with costs and disbursements herein, including pre-judgment interest as may be allowed by applicable law and further relief as the Court may deem just and proper.

Dated this 6th day August 2024.

        WEIKUM INJURY LAW
        Weikum Law, PLLC
        2000 Schafer Street, Suite C
        Bismarck, ND 58501
        701.354.0124
        Correspondence: *jeff@weikuminjurylaw.com*
        Service: *service@weikuminjurylaw.com*

By: */s/ Jeffrey S. Weikum*
        Jeffrey S. Weikum
        ND Lic. No.: 05344

ATTORNEY FOR PLAINTIFF

| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
|---|---|
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

| | |
|---|---|
| ███████, <br><br> Plaintiff, <br><br> v. <br><br> Lyft, Inc. (d/b/a Lyft Drives North Dakota, Inc.) <br><br> Defendant. | CIVIL NO. |

## Demand for Jury Trial

¶1   Plaintiff hereby demands a trial by jury consisting of the minimum number of jurors as are allowed by law.

(Remainder of this page intentionally left blank.)

Dated this 6th day of August 2024.

> WEIKUM INJURY LAW
> Weikum Law, PLLC
> 2000 Schafer Street, Suite C
> Bismarck, ND 58501
> 701.354.0124
> Correspondence: *jeff@weikuminjurylaw.com*
> Service: *service@weikuminjurylaw.com*
>
> By: /s/ *Jeffrey S. Weikum*
>     Jeffrey S. Weikum
>     ND Lic. No. 05344
>
> ATTORNEY FOR PLAINTIFF