# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jane Doe,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Lyft, Inc., d/b/a Lyft Drivers North Dakota, )<br>Inc.,  )<br>  )<br>   Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:24-cv-178 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 7, 2025, at 1:30 PM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 7th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court